# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>INC, ELITE CONSTRUCTION<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71813 MB<br><br>HONORABLE MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:  THE HONORABLE MANUEL BARBOSA
     BANKRUPTCY JUDGE

NOW COMES <u>JOSEPH D. OLSEN</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.  JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/04/06. An order for relief under Chapter 7 was entered on 10/04/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.  The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of August 17, 2007 is as follows:

| | | | |
|---|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | | 60,187.86 |
| b. | DISBURSEMENTS (See Exhibit C) | | 16,274.69 |
| c. | NET CASH available for distribution | | 43,913.17 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1. | Trustee compensation requested (See Exhibit E.) | 6,259.39 |
| | 2. | Trustee Expenses (See Exhibit E.) | 2,513.78 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 3,458.00 |
| | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5. The Bar Date for filing unsecured claims expired on 02/12/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 12,231.17 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 31,682.00 |
| e. | Allowed unsecured claims | 1,114,661.25 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was 0.00. Professional's compensation and expense requested but not yet allowed is $3,458.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,458.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $2,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 8/17/07

s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06-71813 MB
**Case Name:** INC, ELITE CONSTRUCTION

**Period Ending:** 08/17/07

**Trustee:** (330400)   JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 10/04/06 (f)
**§341(a) Meeting Date:** 11/09/06
**Claims Bar Date:** 02/12/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5414 Edith Lane | 280,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash/deposits | 2,150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Accounts receivable | 4,003.00 | 0.00 | DA | 0.00 | FA |
| 4 | 95 Haddox Trailer | 1,500.00 | 750.00 | DA | 1,850.00 | FA |
| 5 | Office Equipment | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Machinery/Fixtures | 654,552.00 | 0.00 | DA | 0.00 | FA |
| 7 | 86 GMC Dump Truck | 7,500.00 | 3,750.00 | DA | 3,400.00 | FA |
| 8 | 84 Ford LN 8000 Stake Truck | 5,000.00 | 2,500.00 | DA | 2,700.00 | FA |
| 9 | 98 Witzco Low Boy Trailer | 9,500.00 | 4,750.00 | DA | 13,000.00 | FA |
| 10 | 95 White GMC semi-tractor | 13,000.00 | 6,500.00 | DA | 5,600.00 | FA |
| 11 | 98 Chevy G20 van | 7,265.00 | 3,632.00 | DA | 1,800.00 | FA |
| 12 | 99 Chevy Carryall | 8,200.00 | 4,100.00 | DA | 5,500.00 | FA |
| 13 | 99 GMC 3500 Pickup (misplaced title) | 9,745.00 | 4,872.00 | DA | 4,200.00 | FA |
| 14 | 05 Chevy 2500 cab & 1/2 | 24,930.00 | 5,000.00 | DA | 17,200.00 | FA |
| 15 | 06 Chevy 5500 | 39,170.00 | 0.00 | DA | 0.00 | FA |
| 16 | Possible preference vs. Super Mix | 100,000.00 | 100,000.00 | DA | 0.00 | FA |
| 17 | 2001 Cadillac (1/2 interest) | 6,250.00 | Unknown | DA | 4,750.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 187.86 | Unknown |

Printed: 08/17/2007 12:57 PM   V.9.55

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-71813 MB
**Case Name:** INC, ELITE CONSTRUCTION
**Period Ending:** 08/17/07

**Trustee:** (330400)    JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 10/04/06 (f)
**§341(a) Meeting Date:** 11/09/06
**Claims Bar Date:** 02/12/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 18   Assets   Totals (Excluding unknown values) | $1,174,765.00 | $135,854.00 | | $60,187.86 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee has liquidated all of the rolling stock of the Debtor. Trustee has engaged accountants to prepare the corporate tax returns. The accountants have done all of the employer type returns, still waiting on the 06 income tax returns to be completed, pay the accountants and file the final report.

**Initial Projected Date Of Final Report (TFR):** December 30, 2007      **Current Projected Date Of Final Report (TFR):** December 30, 2007

Printed: 08/17/2007 12:57 PM    V.9.55

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-71813 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | INC, ELITE CONSTRUCTION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****29-65 - Money Market Account |
| Taxpayer ID #: | 36-4402807 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/17/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/20/06 | {17} | Robert Brimeyer | 1/2 interest in Cadillac | 1129-000 | 4,750.00 | | 4,750.00 |
| 12/20/06 | | Action Auctioneering | Sale of vehicles | | 55,250.00 | | 60,000.00 |
| | {4} | | 1,850.00 | 1129-000 | | | 60,000.00 |
| | {7} | | 3,400.00 | 1129-000 | | | 60,000.00 |
| | {8} | | 2,700.00 | 1129-000 | | | 60,000.00 |
| | {9} | | 13,000.00 | 1129-000 | | | 60,000.00 |
| | {10} | | 5,600.00 | 1129-000 | | | 60,000.00 |
| | {11} | | 1,800.00 | 1129-000 | | | 60,000.00 |
| | {12} | | 5,500.00 | 1129-000 | | | 60,000.00 |
| | {13} | | 4,200.00 | 1129-000 | | | 60,000.00 |
| | {14} | | 17,200.00 | 1129-000 | | | 60,000.00 |
| 12/26/06 | | To Account #********2966 | Transfer funds to payoff GMAC | 9999-000 | | 11,210.00 | 48,790.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.53 | | 48,799.53 |
| 01/18/07 | | To Account #********2966 | Transfer funds to pay Auctioneer per Ct. Order 1/17/07 | 9999-000 | | 3,315.00 | 45,484.53 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.72 | | 45,516.25 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.68 | | 45,538.93 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.31 | | 45,563.24 |
| 03/30/07 | | JP Morgan Chase | backup withholding | 2990-000 | | 6.80 | 45,556.44 |
| 04/03/07 | | To Account #********2966 | Pay 940 FUTA tax (EIN 36-4402807) | 9999-000 | | 92.54 | 45,463.90 |
| 04/05/07 | | JP Morgan Chase | backout w/d | 2100-000 | | -6.80 | 45,470.70 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.09 | | 45,495.79 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.10 | | 45,520.89 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.49 | | 45,544.38 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.94 | | 45,570.32 |
| | | | Subtotals : | | $60,187.86 | $14,617.54 | |

{} Asset reference(s)

Printed: 08/17/2007 12:57 PM   V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06-71813 MB
**Case Name:** INC, ELITE CONSTRUCTION

**Taxpayer ID #:** 36-4402807
**Period Ending:** 08/17/07

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****29-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/07 | | To Account #********2966 | Pay Acct. Fees per Court Order of 8/6/07 | 9999-000 | | 1,659.75 | 43,910.57 |
| | | | **ACCOUNT TOTALS** | | 60,187.86 | 16,277.29 | **$43,910.57** |
| | | | Less: Bank Transfers | | 0.00 | 16,277.29 | |
| | | | **Subtotal** | | 60,187.86 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$60,187.86** | **$0.00** | |

{} Asset reference(s)

Printed: 08/17/2007 12:57 PM    V.9.55

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-71813 MB | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | INC, ELITE CONSTRUCTION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****29-66 - Checking Account |
| Taxpayer ID #: | 36-4402807 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/17/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/26/06 | | From Account #********2965 | Transfer funds to payoff GMAC | 9999-000 | 11,210.00 | | 11,210.00 |
| 12/26/06 | 101 | GMAC | Payoff for GMAC 2005 Silverado | 4210-000 | | 11,207.40 | 2.60 |
| 01/18/07 | | From Account #********2965 | Transfer funds to pay Auctioneer per Ct. Order 1/17/07 | 9999-000 | 3,315.00 | | 3,317.60 |
| 01/19/07 | 102 | Auction Auctioneering | Per. Ct. Order 1/17/07 pay auctioneer fees Voided on 01/19/07 | 3610-003 | | 3,315.00 | 2.60 |
| 01/19/07 | 102 | Auction Auctioneering | Per. Ct. Order 1/17/07 pay auctioneer fees Voided: check issued on 01/19/07 | 3610-003 | | -3,315.00 | 3,317.60 |
| 01/19/07 | 103 | Action Auctioneering | Per Ct. Order of 1/17 - auctioneer fees | 3610-000 | | 3,315.00 | 2.60 |
| 04/03/07 | | From Account #********2965 | Pay 940 FUTA tax (EIN 36-4402807) | 9999-000 | 92.54 | | 95.14 |
| 04/04/07 | 104 | Internal Revenue Service | Form 940-V for 2006 - (FUTA) | 2810-000 | | 92.54 | 2.60 |
| 08/07/07 | | From Account #********2965 | Pay Acct. Fees per Court Order of 8/6/07 | 9999-000 | 1,659.75 | | 1,662.35 |
| 08/10/07 | 105 | Tures & Associates, P.C. | Acct fees per 8/6/07 Order | 3410-000 | | 1,659.75 | 2.60 |
| | | | **ACCOUNT TOTALS** | | 16,277.29 | 16,274.69 | **$2.60** |
| | | | Less: Bank Transfers | | 16,277.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16,274.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,274.69** | |

{} Asset reference(s)

Printed: 08/17/2007 12:57 PM   V.9.55

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06-71813 MB | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | INC, ELITE CONSTRUCTION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****29-66 - Checking Account |
| Taxpayer ID #: | 36-4402807 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/17/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Net Receipts : 60,187.86 | | | | | |
| | | Net Estate : $60,187.86 | | | Net | Net | Account |
| | | | TOTAL - ALL ACCOUNTS | | Receipts | Disbursements | Balances |
| | | | MMA # ***-*****29-65 | | 60,187.86 | 0.00 | 43,910.57 |
| | | | Checking # ***-*****29-66 | | 0.00 | 16,274.69 | 2.60 |
| | | | | | $60,187.86 | $16,274.69 | $43,913.17 |

{} Asset reference(s)

Printed: 08/17/2007 12:57 PM    V.9.55

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>INC, ELITE CONSTRUCTION<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71813 MB<br><br>HONORABLE MANUEL BARBOSA |

**DISTRIBUTION REPORT**

I, <u>JOSEPH D. OLSEN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 12,231.17 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 31,682.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 43,913.17 |

**DISTRIBUTION REPORTS** PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $12,231.17 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | Yalden, Olsen & Willette | 3,458.00 | 3,458.00 |
| | JOSEPH D. OLSEN | 6,259.39 | 6,259.39 |
| | JOSEPH D. OLSEN | 2,513.78 | 2,513.78 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

**DISTRIBUTION REPORTS**                                                      **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $120,995.89 | 26.18% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 11 | Central Laborers' Pension Fund etal | 30,053.61 | 7,869.35 |
| 12 | Midwest Operating Engineers Fringe Benefit Funds | 6,541.53 | 1,712.86 |
| 13 | Fox Valley & Vicinity Cont. Workers | 6,619.63 | 1,733.31 |
| 18 | The Construction Industry Fringe Benefit Funds | 77,781.12 | 20,366.48 |

DISTRIBUTION REPORTS                                                    PAGE 3

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(7) - Alimony | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

<u>DISTRIBUTION REPORTS</u>                                                          PAGE 4

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $184,274.43 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 8 | Internal Revenue Service | 117,395.38 | 0.00 |
| 16 | Department of the Treasury - Internal Revenue Serv | 66,879.05 | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 5**

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $1,066,321.17 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | SCHLICHTING & SONS EXCAVATING, INC. | 38,141.78 | 0.00 |
| 2 | SCHLICHTING & SONS EXCAVATING, INC. | 174,026.16 | 0.00 |
| 3 | Verizon North Inc | 714.24 | 0.00 |
| 4 | Schmeling Building Supply | 1,909.44 | 0.00 |
| 5 | Sjostrom & Sons, Inc. | 27,130.00 | 0.00 |
| 6 | Stetson Building Products | 3,350.53 | 0.00 |
| 7 | Illinois Department of Revenue | 28,726.00 | 0.00 |
| 9 | Super Mix, Inc. | 327,742.20 | 0.00 |
| 10 | Wright Express Financial Services | 11,275.13 | 0.00 |
| 11A | Central Laborers' Pension Fund | 4,439.04 | 0.00 |
| 12A | Midwest Operating Engineers Fringe Benefit Funds | 651.33 | 0.00 |
| 13A | Fox Valley & Vicinity Cont. Workers | 4,143.84 | 0.00 |
| 14 | First National Bank & Trust | 444,071.48 | 0.00 |

<u>**DISTRIBUTION REPORTS**</u>　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 6**

| 14. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a)(3) - Late unsecured claims | | $48,340.08 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 15 | Linde Gas LLC | 739.11 | 0.00 |
| 17 | IL Dept. of Employment Security | 47,600.97 | 0.00 |

| 15. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                                         PAGE 7

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|

NONE.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  8/17/07                             s/s  Joseph D. Olsen
                                            JOSEPH D. OLSEN, Trustee