Case Name:   ELITE CONCRETE CONSTRUCTION, INC.
Case No:     06-71813

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 11/15/07                    WILLIAM T. NEARY
                                   United States Trustee, Region 11


                        BY:   /s/ Carole J. Ryczek
                              Carole J. Ryczek
                              Attorney for the U.S. Trustee