## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>INC, ELITE CONSTRUCTION | CHAPTER 7 -- Liquidation |
| | CASE NO. 06-71813 MB |
| Social Security/Employer Tax ID Number:<br>36-4402807<br><br>Debtor(s) | HONORABLE MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on __DECEMBER 10, 2007__ at __1:00 PM__:

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 3,458.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 6,259.39 | |

JOSEPH D. OLSEN                          0.00                          2,513.78
Trustee

4.    The Trustee's Final Report shows total:

      a.    Receipts                                    $_____60,187.86

      b.    Disbursements                          $_____16,274.69

      c.    Net Cash Available for Distribution    $_____43,913.17

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $305,270.32, which leaves a total amount of $0.00, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $1,066,321.17.

6.    The debtor has not been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

    11/14/07                                    s/s Joseph D. Olsen
    DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Nov 19, 2007
Case: 06-71813              Form ID: pdf002          Total Served: 48


The following entities were served by first class mail on Nov 21, 2007.
```
db          +Elite Concrete Construction, Inc,   14720 Pleasant Valley Rd,   South Beloit, IL 61080-9525
aty         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
10946925    +All Contractors Equipment, Inc.,   4949  26th Avenue,   Rockford, IL 61109-1681
10946926     Attorney Donald Manning,   PO Box 2903,   Loves Park, IL 61132-2903
10946927    +Attorney Jason Rock,   6833 Stalter Drive,   1st Floor,   Rockford, IL 61108-2579
10946928    +Attorney Peter DeBruyne,   838 North Main Street,   Rockford, IL 61103-6906
10946929    +CNH Capital,   233 Lake Ave,   Racine, WI 53403-1015
10946930    +Central Laborers' Pension Fund etal,   % Richard A. Toth - Daley & George,
             20 S. Clark Street - Suite 400,   Chicago, IL 60603-1835
10946932    +Charles J. & Nancy S. Estes,   14720 Plesant Valley Road,   South Beloit, IL 61080-9525
10946933    +Charles J. & Nancy S. Estes,   14720 Pleasand Valley Road,   South Beloit, IL 61080-9525
10946931    +Charles J. & Nancy S. Estes,   14720 Pleasant Valley Road,   South Beloit, IL 61080-9525
11232986    +Department of the Treasury - Internal Revenue Serv,   Centralized Insolvency Ops.,   PO Box 21126,
             Philadelphia, PA 19114-0326
10946935    +First National Bank & Trust,   345 E Grand Ave,   Beloit, WI 53511-6226
10946936    +First National Bank & Trust,   300 East Main Street,   Rockton, IL 61072-2502
10946937     First National Bank & Trust Co.,   Cardmember Services,   PO Box 790408,
             Saint Louis, MO 63179-0408
10946938    +Fox Valley & Vicinity Cont. Workers,   % Baum Sigman Auerbach & Neuman Ltd,
             200 W. Aams St. - te. 2200,   Chicago, IL 60606-5208
10946940     GMAC,   PO Box 9001951,   Louisville, KY 40290-1951
10946941    +GMAC,   PO Box 3100,   Midland, TX 79702-3100
10946939     Gerdau Ameristeel,   PO Box 31328,   Tampa, FL 33631-3328
10946942    +IL Dept. of Employment Security,   850 E Madison St,   Springfield, IL 62702-5603
10946943    +IL Dept. of Employment Security,   Attorney General Section - 7th Floor,   33 South State Street,
             Chicago, IL 60603-2802
10946944     IL Dept. of Revenue,   211 S. Wyman,   Rockford, IL 61101
10946945    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   Mail Stop 5010 CHI,   230 S. Dearborn St.,
             Chicago, IL 60604)
10946946     IUOE Local 150 Admn Dues,   PO Box 94427,   Chicago, IL 60690-4427
11042671    +Illinois Department of Revenue,   Bankruptcy Section,   100 West Randolph Street  Level 7-400,
             Chicago, Illinois 60601-3218
10946947     John Deere Credit,   PO Box 4450,   Carol Stream, IL 60197-4450
10946948     John Deere Credit,   PO Box 6600,   Johnston, IA 50131-6600
10946949    +Laborer's Local #32,   4477 Linden Road,   Rockford, IL 61109-3400
11213524    +Linde Gas LLC,   PO Box 94737,   Cleveland, OH 44101-4737
10946950    +Midwest Operating Engineers Fringe,   Benefit Funds Local #150,   6150 Joliet Road,
             La Grange, IL 60525-3956
11172378     Midwest Operating Engineers Fringe Benefit Funds,   c/o Cecilia M. Scanlon,
             Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams Street, Suite 2200,
             Chicago, IL   60606-5231
10946934    +Northern IL Cement,   Masons & Plasterers #11,   5640 Sockness Dr,   Rockford, IL 61109-6306
10946951     R.H. Donnelley,   8519 Innovation Way,   Chicago, IL 60682-0085
10946952    +Rogers Ready Mix,   5510 S. Mulford Road,   Rockford, IL 61109-4156
11000227    +SCHLICHTING & SONS EXCAVATING, INC.,   8966 EAST STATE STREET,   ROCKFORD, IL 61108-2752
10946953    +Schmeling Building Supply,   1031 School Street,   Rockford, IL 61101-5930
11035282    +Sjostrom & Sons, Inc.,   c/o Craig A. Willette,   1318 E. State St.,   Rockford, IL 61104-2228
10946954     Sprint,   PO Box 219554,   Kansas City, MO 64121-9554
10946955     Sprint,   PO Box 541023,   Los Angeles, CA 90054-1023
10946956    +Stetson Building Products,   510 SW 9th Street,   Des Moines, IA 50309-4512
10946957    +Stetson Building Products,   510 S W 9th St,   Des Moines, IA 50309-4512
10946958    +Super Mix, Inc.,   5435 Bull Valley Road,   Suite 130,   Mchenry, IL 60050-7433
11444076    +The Construction Industry Fringe Benefit Funds,   C/o Marc M. Pekay,
             30 N. LaSalle St., Ste. 2426,   Chicago, IL 60602-2504
11028280    +Verizon North Inc,   AFNI/Verizon,   404 Brock Dr,   Bloomington, IL 61701-2654
10946960    +Wright Express Financial Services,   PO Box 639,   Portland, ME 04104-0639
```
The following entities were served by electronic transmission on Nov 20, 2007.
```
10946959    +E-mail/PDF: BankruptcyEBN@afninet.com Nov 20 2007 04:17:15     Verizon,
             Receivables Management Call Center,   1135 E. Chocolate Avenue,   Hershey, PA 17033-1220
                                                                                   TOTAL: 1


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                            TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3        User: cshabez        Page 2 of 2           Date Rcvd: Nov 19, 2007
Case: 06-71813             Form ID: pdf002       Total Served: 48
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2007**                          **Signature:**   _Joseph Speetjens_