



**JPMorganChase**

December 30, 2006 through January 31, 2007
Primary Account: **000312102252965**

**IMAGES**

ACCOUNT # 000312102252966



008970615612 JAN 09 #0000000101 $11,207.40



008970615612 JAN 09 #0000000101 $11,207.40



008470113285 JAN 25 #0000000103 $3,315.00



008470113285 JAN 25 #0000000103 $3,315.00

Page 4 of 4

**JPMorganChase**

March 31, 2007 through April 30, 2007
Primary Account: **000312102252965**

**IMAGES**

ACCOUNT # 000312102252966



008570141026 APR 18 #0000000104 $92.54



008570141026 APR 18 #0000000104 $92.54



# JPMorganChase

August 01, 2007 through August 31, 2007
Primary Account: **000312102252965**

**IMAGES**

ACCOUNT # 000312102252966




008670357580 AUG 16 #0000000105 $1,659.75

008670357580 AUG 16 #0000000105 $1,659.75

**JPMorganChase**

February 01, 2008 through February 29, 2008
Primary Account: **000312102252965**

ACCOUNT # 000312102252966
INC ELITE CONSTRUCTION
06-71813

**IMAGES**



008470530694 FEB 11 #0000000106 $3,458.00



008470530694 FEB 11 #0000000106 $3,458.00



008470530695 FEB 11 #0000000107 $6,259.39



008470530695 FEB 11 #0000000107 $6,259.39



**JPMorganChase**

February 01, 2008 through February 29, 2008

Primary Account: **000312102252965**

ACCOUNT # 000312102252966
INC ELITE CONSTRUCTION
06-71813



008470530696 FEB 11 #0000000108 $2,513.78



008470530696 FEB 11 #0000000108 $2,513.78



**JPMorganChase**

January 01, 2008 through January 31, 2008

Primary Account: **000312102252965**

ACCOUNT # 000312102252966
INC ELITE CONSTRUCTION
06-71813

**IMAGES**



008370636664 JAN 03 #0000000109 $7,894.92



008370636664 JAN 03 #0000000109 $7,894.92



008670392289 JAN 07 #0000000111 $1,738.94



008670392289 JAN 07 #0000000111 $1,738.94



Page 4 of 4

**JPMorganChase**

December 01, 2007 through December 31, 2007
Primary Account: **000312102252965**

**IMAGES**

ACCOUNT # 000312102252966




008870619397 DEC 31 #0000000110 $1,718.42



008870619397 DEC 31 #0000000110 $1,718.42



008970745094 DEC 31 #0000000112 $20,432.66



008970745094 DEC 31 #0000000112 $20,432.66

Page 4 of 4

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

February 01, 2008 through February 29, 2008
Primary Account: **000312102252965**

## CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**



00016524 DBI 802 24 06308 - NNN  1  000000000  60 0000
06-71813 INC ELITE CONSTRUCTION
DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312102252966 | 12,231.17 | 0.00 |
| **Total** | **$12,231.17** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312102252965 | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |
| **TOTAL ASSETS** | **$12,231.17** | **$0.00** |

**All Summary Balances** shown are as of February 29, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit "B"